# **EXHIBIT B**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, | ) | |
| a Delaware corporation, | ) | Case No. 11-11369 (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-3000921 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| Berkline/BenchCraft, LLC | ) | |
| a Delaware limited liability company, | ) | Case No. 11-11370 (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 03-0403917 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| Berkline, LLC, | ) | |
| a Delaware limited liability company, | ) | Case No. 11-11371 (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 75-3000898 | ) | |
| | ) | |
| In re: | ) | |
| | ) | Chapter 11 |
| Blue Mountain Trucking Corporation, | ) | |
| a Mississippi corporation, | ) | Case No. 11-11372 (   ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 64-0625494 | ) | |
| | ) | |

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| BenchCraft, LLC ) | |
| a Delaware limited liability company, ) | Case No. 11-11373 (     ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No.  75-36000912 ) | |
| ) | |
| In re: ) | |
| ) | Chapter 11 |
| BenchCraft International Sourcing, Inc., ) | |
| a Delaware corporation, ) | Case No. 11-11374 (     ) |
| ) | |
| Debtor. ) | |
| ) | |
| Tax I.D. No.  56-2163121 ) | |
| ) | Ref. Docket No. _____ |

## ORDER DIRECTING JOINT ADMINISTRATION
## OF THE DEBTORS' RELATED CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") directing the joint administration of the Debtors' related chapter 11 cases; and upon the *Declaration of Keith Cooper in Support of First Day Motions*; the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), and (iii) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered under Case No. 11-11369 (    ).

3. Pleadings, motions, notices, orders, and other documents filed in these cases which require a caption, are authorized and required to bear a consolidated caption in the form set forth on Annex 1, attached hereto, and incorporated herein by reference, which caption is approved in all respects.

4. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Berkline/BenchCraft Holdings, LLC, *et al.*, Case No. 11-11369 (    ).

5. A docket entry shall be made on the docket of the Berkline/BenchCraft Holdings, LLC, chapter 11 case that is substantially similar to the following:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware directing joint administration of the chapter 11 cases of Berkline/BenchCraft Holdings, LLC, Berkline/BenchCraft, LLC, Berkline, LLC, Blue Mountain Trucking Corporation, BenchCraft, LLC, and BenchCraft International Sourcing, Inc. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 11-11369 (____).

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

7. This Court shall retain jurisdiction to hear and determine any matters arising from or related to the implementation or interpretation of this Order.

Dated: May \_\_\_\_, 2011
      Wilmington, Delaware

_____
United States Bankruptcy Judge

# **ANNEX 1**

[FORM OF CAPTION]

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, *et al.*,[1] | Case No. 11-11369 (_____) |
| Debtors. | Jointly Administered |

**[TITLE OF PLEADING OR OTHER DOCUMENT]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.