**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, <u>et al.</u>,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Joint Administration Requested |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON MAY 4, 2011 AT 10:00 A.M. (ET)

**RELATED MATTERS:**

1. Voluntary Chapter 11 Petition Packages – Berkline/Benchcraft Holdings, LLC [Docket No. 1]

    A. Berkline/BenchCraft Holdings, LLC [Case No. 11-11369]

    B. Berkline/BenchCraft, LLC [Case No. 11-11370]

    C. Berkline, LLC [Case No. 11-11371]

    D. Blue Mountain Trucking Corporation [Case No. 11-11372]

    E. BenchCraft, LLC [Case No. 11-11373]

    F. BenchCraft International Sourcing, Inc. [Case No. 11-11374]

2. Declaration of Keith Cooper in Support of First Day Motions [Docket No. 2, 5/2/11]

**MATTERS GOING FORWARD:**

2. Motion of the Debtors and Debtors-in-Possession for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases [Docket No. 3, 5/2/11]

    Status: This matter is going forward.

3. Application of the Debtors for an Order Authorizing the Retention of Epiq Bankruptcy Solutions, LLC as Official Claims, Noticing and Balloting Agent as of the Petition Date [Docket No. 4, 5/2/11]

    Status: This matter is going forward.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

4. Debtors' Motion for an Order Authorizing the Debtors to Pay Prepetition Sales and Use Taxes and Related Obligations [Docket No. 5, 5/2/11]

   Status: This matter is going forward.

5. Debtors' Motion for Entry of an Interim and Final Order, *Inter Alia*, Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 6, 5/2/11]

   Status: This matter is going forward.

6. Motion of Debtors Pursuant to Sections 105(a), 345(b), 363(c), 364(b) and 503(b) of the Bankruptcy Code for Order (I) Authorizing Debtors to (A) Continue Existing Cash Management System, (B) Maintain Existing Bank Accounts and Checks and (C) Continue Intercompany Transactions and (II) Granting (A) Interim Waiver of the Requirements of Section 345(b) of the Bankruptcy Code and (B) Postpetition Intercompany Accounts Administrative Expense Status [Docket No. 7, 5/2/11]

   Status: This matter is going forward.

7. Motion of Debtors Pursuant to Sections 105(a), 363(b), 503(b)(1), 507(a), 1107(a) and 1108 of the Bankruptcy Code for Order (I) Authorizing Payment of Wages, Compensation and Employee Benefits and (II) Authorizing Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations [Docket No. 8, 5/2/11]

   Status: This matter is going forward.

9. Debtors' Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. § 363; (B) Modifying Automatic Stay Under 11 U.S.C. 362; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 9, 5/2/11]

   Status: This matter is going forward.

10. Motion of the Debtors for Entry of an Interim and Final Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 10, 5/2/11]

    Status: This matter is going forward.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>May 3, 2011 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Kenneth J. Enos*<br>Michael R. Nestor (No. 3526)<br>Kenneth J. Enos (No. 4544)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Neil E. Herman<br>101 Park Avenue<br>New York, New York 10178-0060<br>Telephone: (212) 309-6000<br>Facsimile: (212) 309-6001<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |