# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | § | |
| | § | Case No. 11-11369 (MFW) |
| Debtors. | § | |
| | § | Joint Administration Requested |
| | § | |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of 11 U.S.C. §§ 101-1532 (as amended and applicable to the Bankruptcy Cases, the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Womble Carlyle Sandridge & Rice, PLLC hereby enters its appearance in the above-captioned bankruptcy cases (the "Bankruptcy Cases") as counsel for the joint venture composed of Hilco Merchant Resources, LLC, Hilco Industrial LLC, Maynards Industries (1991) Inc., Linon Home Decor Products, Inc., and Myron Bowling Auctioneers (collectively, the "Joint Venture").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002(i), 3017, and 9007, the undersigned requests that copies of all notices, pleadings and all other papers required to be served in the Bankruptcy Cases be served upon the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

following persons, and that such persons be added to the mailing matrix in the Bankruptcy Cases:

>Mark L. Desgrosseilliers (I.D. No. 4083)
>Womble Carlyle Sandridge & Rice, PLLC
>222 Delaware Avenue, Suite 1501
>Wilmington, Delaware 19801
>(302) 252-4320 (Phone)
>(302) 252-4330 (Fax)
>e-mail: mdesgrosseilliers@wcsr.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 342 and 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, overnight or hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the Bankruptcy Cases and proceedings therein.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of the Joint Venture and the members thereof to have final orders in non-core matters entered only after de novo review by a federal district court judge; (b) the right of the Joint Venture and the members thereof to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of the Joint Venture and the members thereof to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; or (d) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Joint Venture and the members thereof are

or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 3, 2011
      Wilmington, Delaware

                        Mark L. Desgrosseilliers (I.D. No. 4083)
                        Womble Carlyle Sandridge & Rice, PLLC
                        222 Delaware Avenue, Suite 1501
                        Wilmington, Delaware 19801
                        (302) 252-4320 (Phone)
                        (302) 252-4330 (Fax)
                        e-mail: mdesgrosseilliers@wcsr.com

                        Counsel for Hilco Merchant Resources, LLC, Hilco Industrial LLC, Maynards Industries (1991) Inc., Linon Home Décor Products, Inc., and Myron Bowling Auctioneers