| REF | Item# | Qty | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 292 | 221 | N/A | N/A | N/A | N/A | N/A | N/A | L | MISCELLANEOUS EQUIPMENT LOCATED IN MEASUREGRAPH AREA, INCLUDING BUT NOT LIMITED TO: (3) MODEL 575-72 TEXTILE MEASURING MACHINES, CLOTH MEASURING MACHINE (MEASUREGRAPH), S/Ns R 10163 AND (2) N/A, 72" CAPACITY; (1) METTLER TOLEDO MODEL PANTHER PLUS DIGITAL SCALE, W/ FLOOR TYPE PLATFORM; (1) TOLEDO DIGITAL SCALE, W/24" x 20" | G | $2,800 |
| 293 | 222 | 1 | N/A | N/A | GERBER | ACCUPLOT 320 | 782 992 | SE | PLOTTER | G | $875 |
| 294 | 223 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (1) HOUSTON SERVICE INDUSTRIES MODEL 38406-2-4-4 VACUUM PUMP, S/N 1097035-7693, 75-HP MOTOR; (1) DRYSET MODEL 820766 VACUUM PUMP, S/N 8144-0-AD-D-8320, 60-HP MOTOR. | G | $1,750 |
| 295 | 224 | 1 | N/A | N/A | N/A | N/A | N/A | SE | CONVEYOR SYSTEM, INCLUDING BUT NOT LIMITED TO: CONVEYORS, 1,600'L, MOTORIZED, 54"W, RUBBER BELT/ROLLER TYPE; TRANSFER CONVEYORS; (1) HEAT SHRINK OVEN, NATURAL GAS FIRED, 57"W x 54"H x 50'L; (1) HEAT SHRINK OVEN, ELECTRIC POWERED, 64"W x 54"H x 20'L | G | $5,600 |
| 296 | 225 | 1 | N/A | 1988 | CHAMPION PNEUMATIC MACHINERY | EW25T | RC999 | SE | AIR COMPRESSOR, 25-HP MOTOR, ROTARY SCREW TYPE, HORIZONTAL TANK MOUNTED, W/ AIRTEK MODEL CT165 COMPRESSED AIR DRYER, S/N 06J-D03916, 165-SCFM, CONDEPHASE OIL/WATER SEPARATOR | G | $1,050 |

| REF | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 297 | 226 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS SUPPORT EQUIPMENT THROUGHOUT PLANT, INCLUDING BUT NOT LIMITED TO: ASSORTED POLYGUN GLUE GUNS; SEWING MACHINES [NOT IN SERVICE ON DATE OF INSPECTION]; TOTE PANS; PALLET JACKS; MATERIAL CARTS; VACUUM CUTTING TABLES; EASTMAN MANUAL CUTTERS; EASTMAN BLUE STREAK II KNIFE CUTTERS; WOLF CLOTH DRILLS; DOLLIES; PALLET RACKS; MEASUREGRAPH MACHINES [NOT IN SERVICE ON DATE OF INSPECTION]; VERTICAL BAND SAWS, 36" [NOT IN SERVICE ON DATE OF INSPECTION]; DRILL PRESSES, FLOOR TYPE; SHOP FANS; JIFFY STEAMERS; TOLEDO DIGITAL SCALES; METAL BINS; CUTTING TABLES; | G | $14,000 |
| | | | | | | | | | **PLANT 18** | | $0 |
| | | | | | | | | | **KITTING CENTER - PLANT 18 - PROCESS** | | $0 |
| 298 | 227 | 1 | N/A | 2000 | BRIDGEPORT | SERIES I | BR282264 | SE | MILLING MACHINE, VERTICAL TYPE, 2-HP MOTOR, 9" x 48" TABLE, SERVO TURBO DRIVE TABLE FEED, W/ DIGITAL READOUT. KURT AUTOMATIC POWER LOCK POWER DRAW BAR, ACU-RITE 2-AXIS DIGITAL READOUT | G | $2,800 |
| 299 | 228 | 1 | N/A | N/A | PEXTO | 10-U-10 | N/A | SE | POWER SQUARING SHEAR, MECHANICAL TYPE, 10L CAPACITY, 10-GAUGE CAPACITY, MANUAL BACK GAUGE, 5' SQUARING ARM, 7.5-HP MOTOR, 60-SPM, 24" BACK GAUGE RANGE, 51" FRONT GAUGE RANGE | G | $3,150 |
| 300 | 229 | | | | | | | | ASSORTED STOCK RACKS; PALLET RACKS; METAL WORK TABLES; TORCH SETS; HAND TOOLS; ELECTRICAL TOOLS; AIR TOOLS; HYDRAULIC LIFT TABLES; MILWAUKEE SAWZALLS; VISES; COLLETS; MILL TOOLING; LATHE TOOLING; CALIPERS; MICROMETERS; FACE PLATES | | $0 |
| | | | | | | | | | **KITTING BUILDING** | | $0 |

| REF# | Item# | Qty | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|-----|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| 301 | 230 | LOT | N/A | N/A | N/A | N/A | N/A | MH | MISCELLANEOUS RACKING, INCLUDING BUT NOT LIMITED TO: (35) SECTIONS OF 18"H x 128"W x 48"D 2-TIER RACKING, W/ WIRE SHELVING; (138) SECTIONS OF 18"H x 120"W x 48"D 3-TIER RACKING, W/ WIRE SHELVING; (60) SECTIONS OF 12"H x 120"W x 48"D 3-TIER RACKING, W/ WIRE SHELVING | G | $14,000 |
| 302 | 231 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS SHIPPING AREA EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (2) SPEED QUEEN MODEL STB50CG FRONT LOADING DRYING TUMBLERS; (5) MAYTAG MODEL MDE2500AYW FRONT LOADING HEAVY DUTY DRYERS; ASSORTED CARTS, TABLES | G | $3,150 |
| | | | | | | | | | PLANT VEHICLES AND ROLLING STOCK | | |
| 232 | | LOT | N/A | N/A | N/A | N/A | N/A | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO: | G | $31,500 |
| | | 1 | 1 | N/A | HYSTER | E50B | B108V3358X | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 2 | N/A | CROWN | 30SP36TT | W-82794 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 3 | N/A | CROWN | 30SP36TT | 1A228360 | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY- | | $0 |
| | | 1 | 4 | N/A | CROWN | 30SP36TT | 1A228516 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 5 | N/A | CROWN | 30SP36TT | W59164 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |

| REF: | Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|---------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | 1 | 6 | N/A | CROWN | 30SP36TT | 1A228515 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 7 | N/A | CROWN | 30SP36TT | W86088 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 8 | N/A | CROWN | 30SP36TT | 1A228361 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 9 | N/A | HYSTER | E50B | B108V07194B | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 10 | N/A | HYSTER | E50B | B108V059992 | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 11 | N/A | CUSHMAN | 898340A | C00005745 | PV | PERSONNEL CART [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED VERY GOOD] | | $0 |
| | | 1 | 12 | N/A | PACKMULE | N/A | PC2069 | PV | PERSONNEL CART [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED VERY GOOD] | | $0 |
| | | 1 | 13 | N/A | CROWN | 30SP36TL | W-71176 | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 14 | N/A | CROWN | 30SP36TL | W-76874 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 15 | N/A | CROWN | 30SP36TL | 1A228637 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| 1 | 16 | | | N/A | CROWN | 30SP36TL | W-76105 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| 1 | 19 | | | N/A | CROWN | 30SP36TL | 1A228139 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| 1 | 20 | | | N/A | CROWN | 30SP36TL | 1A130603 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| 1 | 21 | | | N/A | CROWN | 30SP36TL | 1A121932 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| 1 | 22 | | | N/A | CROWN | 30SP36TL | 1A123926 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| 1 | 23 | | | N/A | CROWN | 30SP36TL | W-86130 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| 1 | 24 | | | N/A | DOCK STOCKER | DSS500HP | D50-00219-98 | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY- | | $0 |
| 1 | 25 | | | N/A | HYSTER | E50B | B108V074368 | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| 1 | 26 | | | N/A | CROWN | 30SP36TT | W-71835 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| 1 | 27 | | | N/A | CROWN | 30SP36TT | W-35276 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONSIDERED AS SCRAP] | | $0 |

**Berkline/BenchCraft Holdings, LLC**

Exhibit 4.1

Morristown, Tennessee

| REF: | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond: | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 28 | N/A | CROWN | 30SP36TT | W-80760 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONSIDERED AS SCRAP] | | $0 |
| | | 1 | 29 | N/A | HYSTER | E50XL | C108V14328M | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 30 | N/A | HYSTER | E50B | B108V04405Y | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 31 | N/A | CAT | MC30 | 4HB1601 | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 32 | N/A | HYSTER | E50XL | C108V06978J | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 33 | N/A | HYSTER | E50B | B108V04953Y | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 34 | N/A | HYSTER | E40B | B108V08770C | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]; LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 35 | N/A | HYSTER | E50XL | C108V12593L | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 36 | N/A | HYSTER | E50XL | C108V20074P | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 37 | N/A | TOYOTA | 6TB50 | 21648 | PV | TUGGER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |

| REF. | Item# | Qty | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|-----|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | 1 | 38 | N/A | CROWN | 30SP36TT | 1A228437 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 39 | N/A | CAT | NDC400 | NHL02235 | PV | TUGGER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 40 | N/A | HYSTER | E50XL | C108V09014K | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 41 | N/A | HYSTER | E50B | B108V05254Z | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 42 | N/A | CROWN | 30SP36TL | W-70627 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 43 | N/A | CROWN | 30SP36TT | W-71836 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 44 | N/A | HYSTER | E50B | B108V09218D | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; | | $0 |
| | | 1 | 45 | N/A | CROWN | 30SP36TT | W-72490 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONSIDERED AS SCRAP] | | $0 |
| | | 1 | 46 | N/A | CROWN | 30SP36TL | W-86131 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 47 | N/A | RAYMOND | EASI IOPC30TT | EASI95AE11464 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED POOR] | | $0 |
| | | 1 | 48 | N/A | HYSTER | E30ES | B174H01760N | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 49 | N/A | CROWN | 30SP36TT | W-71840 | PV | ORDER PICKER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONSIDERED AS SCRAP] | | $0 |
| | | 1 | 50 | N/A | HYSTER | E50B | B108V09219D | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 51 | N/A | HYSTER | E50B | B108V04952Y | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 52 | N/A | HYSTER | E50B | B108V050992 | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 53 | N/A | N/A | EQ#127639 | N/A | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 54 | N/A | CUSHMAN | N/A | 898320-8910 | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: PERSONNEL CART [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-... | | $0 |
| | | 1 | 55 | N/A | CROWN | 35SCTT | W-71830 | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 56 | N/A | SCHAEFF | MT50 | 945020 | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; ... | | $0 |
| | | 1 | 57 | N/A | HYSTER | E50B | B108V10442E | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 58 | N/A | SCHAEFF | MT50 | 945019 | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; ... | | $0 |
| | | 1 | 59 | N/A | SCHAEFF | MT50F | 935003 | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; ... | | $0 |
| | | 1 | 60 | N/A | N/A | EQ#127632 | N/A | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; ... | | $0 |

# Berkline/BenchCraft Holdings, LLC

Exhibit 4.1

Morristown, Tennessee

| REF | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | 61 | N/A | N/A | EQ#159874 | N/A | PV | EFM [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; ...] | | $0 |
| | | 1 | 62 | N/A | HYSTER | 340XL | A187V03376F | PV | LIFT TRUCK, GASOLINE FUELED [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 63 | N/A | CUSHMAN | N/A | 898320-9110 | PV | PERSONNEL CART [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED FAIR] | | $0 |
| | | 1 | 64 | N/A | HYSTER | E50XM | F108V02812S | PV | LIFT TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 65 | N/A | SNORKEL | SL20 | 953404 | PV | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]; SCISSOR LIFT [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY- ...] | | $0 |
| | | 1 | 66 | N/A | SNORKEL | SL20 | 953405 | PV | SCISSOR LIFT [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | 1 | 67 | N/A | CUSHMAN | 8982206 | C00001517 | PV | PERSONNEL CART [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | N/A | YARDMULE | N/A | N/A | | YARDMULE SPOTTER [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | 1995 | FORD | N/A | N/A | RS | FORD TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | 1995 | FORD | N/A | N/A | RS | FORD TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |

| REF | Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADD | | 1 | N/A | N/A | N/A | N/A | N/A | RS | 9300 TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | N/A | N/A | N/A | N/A | RS | 9300 TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | N/A | N/A | N/A | N/A | RS | 9300 TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| ADD | | 1 | N/A | N/A | N/A | N/A | N/A | RS | MISCELLANEOUS PLANT VEHICLES AND ROLLING STOCK, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | | $0 |
| ADD | | 1 | N/A | N/A | N/A | N/A | N/A | RS | 9300 TRUCK [ITEM NOT PHYSICALLY INSPECTED; VALUED BASED ON COMPANY-PROVIDED DATA; CONDITION ASSUMED GOOD] | | $0 |
| | | | | | | | | | TRANSFERRED FROM RIPLEY, MISSISSIPPI | | $0 |
| 350 | 233 | 1 | N/A | 2000 | HOLZMA | HPL33/X38/ 16/R | 0-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 | M | PROFI-LINE REAR LOADING CNC PANEL SAW, 152" CAPACITY, HOLZMA CADMATIC CONTROL, 7-SHEET MAXIMUM CUTTING CAPACITY, W/ (2) MICRO INFEEDERS, (2) SQUARING ARMS, (8) CLAMPS, (4) 24" WIDE AIR FEED TABLES, ELECTRIC EYE SAFETY CURTAIN SYSTEM | G | $42,000 |
| 351 | 234 | 1 | N/A | 2000 | HOLZMA | HPL33/X38/ 16/R | 0-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 | M | PROFI-LINE REAR LOADING CNC PANEL SAW, 152" CAPACITY, HOLZMA CADMATIC CONTROL, 7-SHEET MAXIMUM CUTTING CAPACITY, W/ (2) MICRO INFEEDERS, (2) SQUARING ARMS, (8) CLAMPS, (4) 24" WIDE AIR FEED TABLES, | G | $42,000 |
| | | | | | | | | | TOTAL | | 0 |
| | | | | | | | | | | | $0 |
| | | | | | | | | | | | 0 |
| 235 | 101 | 1 | N/A | N/A | SULLAIR | 10-40H | 14872CGD | SE | AIR COMPRESSOR, 125-PSIG, 4,073-HOURS INDICATED | F | $1,750 |

42

| REF | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|-----|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| 236 | 1 | 102 | N/A | SULLAIR | 10-40H | 14871CGD | SE | AIR COMPRESSOR, 125-PSIG, 20,897-HOURS INDICATED | F | $1,750 |
| 237 | 1 | N/A | N/A | N/A | N/A | N/A | SE | VERTICAL AIR TANK, WELDED STEEL, APPROXIMATELY 24" x 7'H | F | $175 |
| 238 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS MAINTENANCE EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (1) MILLER MODEL CP-200 WELDER, S/N 71-559736, W/ MODEL CS-1A SPOT WELD CONTROLLER, PORTABLE SETUP; (1) ROYBI BENCH GRINDER, 6", W/ 1/2-HP MOTOR, S/N 0999; (1) LIFT-RITE MODEL L90 LIFT TRUCK, S/N 5412, 1,500-LB CAPACITY AT 24" LOAD CENTER, WALK-BEHIND TYPE; (1) LIFT-RITE MODEL ERGO PALLET TRUCK, S/N 6250-99, WALK-BEHIND TYPE, 3,000-LB MAXIMUM CAPACITY, 24" LOAD CENTER; (1) SEARS CRASFTSMAN MODEL 8 SNOW BLOWER, 26", WALK-BEHIND TYPE, W/ GAS ENGINE [IN STORAGE ON DATE OF INSPECTION]; (1) TUV MODEL ELP55 PALLET TRUCK, APPROXIMATELY 5,500-LB CAPACITY, WALK- | G | $840 |

# Berkline/BenchCraft Holdings, LLC

Exhibit 4.1

Morristown, Tennessee

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 239 | LOT | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS SEWING MACHINES, INCLUDING BUT NOT LIMITED TO: (1) SINGER MODEL 144W304, S/N AN321564, INDUSTRIAL TYPE, SINGLE NEEDLE, W/ APPROXIMATELY 30" THROAT, W/ CONSOLE, MOTOR, SPOOL STAND, AND LIGHT; (1) ADLER MODEL K767990001-FA-373, S/N 517908, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, LIGHT, AND ELKA SERIES MODULAR V720 CONTROLLER; (1) ADLER MODEL K268990018-273-NH1, S/N 524808, DOUBLE NEEDLE, W/ ELKA SERIES MODULAR V720 CONTROLLER, CONSOLE, SPOOL STAND, MOTOR, LIGHT [HELD IN RESERVE ON DATE OF INSPECTION, NOT IN USE]; (1) DURKOPP ADLER MODEL K370-990090-002-222, S/N 599301, EQUIPMENT #77, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, LIGHT, AND MODEL D856 CONTROLLER; (1) ROCKWELL-RIMOLDI MODEL 261-11-2EK-01, S/N 582084, POSSIBLE EQUIPMENT #10, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, LIGHT, MOTOR; (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 562752, POSSIBLE EQUIPMENT #9, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, MISCELLANEOUS SEWING MACHINES, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | G | $7,000 |
| | | | | | | | | | | | $0 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 513844, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | $0 |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 562761, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 516521, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 552759, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 515209, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 554793, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | MISCELLANEOUS SEWING MACHINES, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | | $0 |

| REF | Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|-----|-------|------|---------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 513855, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | $0 |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 517933, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 556529, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 564583, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 517903, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K76799000-1FA-373, S/N 538144, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | MISCELLANEOUS SEWING MACHINES, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | | $0 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | | | | | | | | (1) DURKOPP ADLER MODEL K7679000-1FA-373, S/N 564582, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | $0 |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K7679000-1FA-373, S/N 554789, SINGLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND ELKA MODEL V720 CONTROLLER; | | |
| | | | | | | | | | (1) SINGER, S/N AN481049, DOUBLE NEEDLE, W/ MOTOR, CONSOLE, SPOOL STAND, LIGHT; | | |
| | | | | | | | | | (1) ADLER MODEL 70D02-222, S/N 441863, SINGLE NEEDLE, W/ MOTOR, CONSOLE, SPOOL STAND, LIGHT, AND ADLER MULTIPLE PROGRAM CONTROLLER; | | |
| | | | | | | | | | (1) UNITED MODEL 469-RB, DOUBLE NEEDLE, W/ SPOOL STAND, CONSOLE, MOTOR, AND LIGHT; | | |
| | | | | | | | | | (1) DURKOPP ADLER MODEL K7679000-1FA-373, S/N 558213, SINGLE NEEDLE, W/ EFKA MODEL V720 CONTROLLER, SPOOL STAND, MOTOR, AND LIGHT; | | |
| | | | | | | | | | (1) APEX MACHINES MODEL CPE, EQUIPMENT #81, DOUBLE NEEDLE, COMPLETE W/ SPOOL STAND, CONSOLE, GRAY BODY; | | |
| | | | | | | | | | (1) WILLCOX & GIBBS MODEL 500-4, EQUIPMENT #82, TYPE 515-4-31, COMPLETE W/ CONSOLE, SPOOL STAND, MOTOR, LIGHT | | |
| 240 | 1 | N/A | N/A | N/A | AUTOMATED CONVEYOR SYSTEMS | N/A | N/A | MH | CONVEYOR SYSTEM, ROLLER GRAVITY TYPE, APPROXIMATELY 2" DIAMETER x 4" BETWEEN CENTERS x 30"W x APPROXIMATELY 400' MULTIPLE SECTION SETUP, DUAL LANE, STAND MOUNTED, W/ SIDE MOUNTED ROLLER SKATE TYPE CONVEYOR TABLES | F | $4,200 |

| REF | Item# | Qty. | Equip.# | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|-----|-------|------|---------|------|------|-------|----------|-------|-------------|-------|------------------|
| | 241 | 1 | N/A | N/A | N/A | N/A | N/A | MH | CONVEYOR SYSTEM, 2-SECTION, INCLUDING BUT NOT LIMITED TO: (1) PRIMARY SECTION, TRANSFER BELT TYPE, APPROXIMATELY 54"W, 2-SECTION, APPROXIMATELY 125'L, W/ RELIANCE ELECTRIC VARISPEED MOTOR AND DRIVE; (5) METAL PLATFORMS, SIDE MOUNTED, APPROXIMATELY 36" x 5', STAND MOUNTED TO FLOOR; (1) ROACH SECONDARY CONVEYOR SYSTEM [LOCATED IN WAREHOUSE]; (1) GRAVITY ROLLER TYPE, APPROXIMATELY 48" x 20' x 2" ROLLERS, COMBINATION WOOD/METAL DECKING, APPROXIMATELY 15' x 30'; W/ MODEL | G | $3,150 |
| | 242 | 1 | N/A | 2005 | THERMWOOD | FB53-510 | C533110605 | M | VERTICAL CNC ROUTER, FRAME BUILDER, TRAVELLING TYPE, INCLUDING BUT NOT LIMITED TO: (1) TABLE, 5' x 10' (1) REMOTE CONTROLLER, SERIES 91000 SUPER CONTROL, W/ COLOR MONITOR FOR X-Y-Z AXIS; (1) 2006 PRAVAINI PUMP MODEL PRO50DS-1A, S/N 26203-05, W/ 40-HP BALDOR MOTOR, SKID MOUNTED; ROLLER HOLD DOWN UNITS; VACUUM TABLE; TOOL CHANGER; DUST COLLECTION SYSTEM, W/ GALVANIZED METAL DUCTING; BLOWER . | VG | $17,500 |
| | 243 | 1 | N/A | N/A | DAVEY | 8P155FR | 17930 | SE | AIR COMPRESSOR, PERMAVANE, W/ 50-HP MOTOR, SKID MOUNTED [USED AS BACK-UP COMPRESSOR] | F | $1,050 |
| | 244 | 1 | N/A | N/A | STANLEY-HARTCO | SA-TRK | 804 | M | CLIPS MACHINE, W/ ROTARY TYPE/TURNTABLE CLIPS FEEDER | F | $2,240 |
| | 245 | 1 | N/A | N/A | SAMBY-HARTCO | N/A | N/A | M | CLIPS MACHINE, W/ CLIPS FEEDER SECTION | F | $1,960 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| 246 | LOT | N/A | N/A | N/A | N/A | N/A | N/A | M | MISCELLANEOUS WOODWORKNG EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (1) OSCILLATING SANDER, W/ APPROXIMATELY 8" BELT x 6" BETWEEN CENTERS, APPROXIMATELY 5-HP MOTOR; (1) DRUM SANDER, APPROXIMATELY 6" DIAMETER x 12"; (1) JOINTER, APPROXIMATELY 6" [HELD IN RESERVE ON DATE OF INSPECTION, NOT IN USE]; (1) CENTAURO MODEL 900CL VERTICAL BAND SAW, S/N 395, APPROXIMATELY 30" THROAT, W/ APPROXIMATELY 5-HP MOTOR; (1) CEMCO PRESS [FOR GANG NAIL PLATE], FOOT ACTIVATED, DOWN ACTING, W/ (2) HORIZONTAL MOUNTED PUSHERS; (1) VERTICAL BAND SAW, APPROXIMATELY 36" THROAT, APPROXIMATELY 30" x 30" TABLE; (1) EKSTROM-CARLSON RIP SAW, S/N 77-10744, APPROXIMATELY 5' x 6' TABLE, W/ RELIANCE ELECTRIC CONTROLLER, MOTOR AND DRIVE; (1) ROCKWELL MODEL 34-450 TABLE SAW, S/N G-...; (1) PORTER-CABLE ROUTER, TYPE 5, S/N 43741; (1) CUSTOM MANUFACTURED WOOD TABLE, APPROXIMATELY 24" x 24"; (1) DUST COLLECTING SYSTEM [LOCATED OUTSIDE]; (1) HOPPER, 2-STAGE, STACK TYPE, CONE BOTTOM, WELDED STEEL, APPROXIMATELY 10' DIAMETER x 40'; (1) INDUSTRIAL BLOWER, W/ WELDED I-BEAM FRAME; ASSORTED METAL DUCTING; PLATFORMS; LADDERS | F | $5,600 |
|  |  |  |  |  |  |  |  |  |  |  | $0 |

| REF. | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|------|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| 247 | LOT | N/A | N/A | N/A | N/A | N/A | SE | MISCELLANEOUS PRODUCT SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO: (1) HANDY BUTTON MACHINE MODEL 30 BUTTON MAKER, S/N 193, FOOT ACTIVATED, W/ 6-POSITION ROTARY TABLE, APPROXIMATELY 10" DIAMETER; (1) BUTTON MAKING MACHINE, FOOT ACTIVATED, W/ 6-POSITION ROTARY TABLE; (1) PNEUMATIC PRESS FOR BUTTON MAKING, DUAL HAND ACTIVATED, W/ APPROXIMATELY 8" x 12" TABLE; (100) ASSORTED PNEUMATIC HAND TOOLS; (1) CUSTOM MANUFACTURED ASSEMBLY STATION, DOUBLE SIDED, METAL FRAME, W/ SIDE MOUNTED PNEUMATIC CLAMP/PUSHER; (1) CUSTOM MANUFACTURED ASSEMBLY STATION, DOUBLE SIDED, WELDED STEEL FRAME, W/ CUSTOM TURNTABLE, EACH SIDE APPROXIMATELY 2 1/2' x 5'; (1) CUSTOM MANUFACTURED ASSEMBLY STATION, DOUBLE SIDED, WELDED STEEL FRAME, W/ CUSTOM TURNTABLE, EACH SIDE APPROXIMATELY 2 1/2' x 5'; (1) PNEUMATIC CLAMPING STAND, MODEL 03353-0191, APPROXIMATELY 4", FOOT ACTIVATED; | G | $8,750 |
| | | | | | | | | | MISCELLANEOUS PRODUCT SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | | $0 |

| REF. | Item # | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) ASSEMBLY TABLE, APPROXIMATELY 100-LINEAR FOOT, W/ 2 1/2" DIAMETER BLACK METAL TOP, METAL STAND, APPROXIMATELY 24"H, TABLE APPROXIMATELY 20"W, W/ APPROXIMATELY 30" x 30" TRANSFER WOOD PALLETS FOR PRODUCT TRANSFER AND STAGING; | | $0 |
| | | | | | | | | | (1) ASSEMBLY TABLE, APPROXIMATELY 100-LINEAR FOOT, W/ 2 1/2" DIAMETER BLACK METAL TOP, METAL STAND, APPROXIMATELY 24"H, TABLE APPROXIMATELY 20"W, W/ APPROXIMATELY 30" x 30" TRANSFER WOOD PALLETS FOR PRODUCT TRANSFER AND STAGING; | | |
| | | | | | | | | | (1) PLATFORM SCALE, PORTABLE; | | |
| | | | | | | | | | (5) CUSTOM MANUFACTURED ASSEMBLY STATIONS, WELDED METAL FRAME, W/ WOOD PARTS BINS FOR ASSORTED SCREWS, NUTS AND BOLTS, OUTLETS FOR PNEUMATIC TOOLS; | | |
| | | | | | | | | | (1) JIFFY PORTABLE MODEL J-3 STEAMER, S/N ............; | | |
| | | | | | | | | | (1) EASTMAN MODEL MAGNUM PUNCH PERFORATOR, S/N G812; | | $0 |
| | | | | | | | | | (1) STAFAST MODEL HFM-DP14 RIVET MACHINE, S/N 981405, FOOT ACTIVATED, PNEUMATIC, APPROXIMATELY 18" THROAT, W/ AUTOMATION MODEL 10 FEED BOWL SYSTEM, S/N 1013213; | | |
| | | | | | | | | | (1) RIVET PRESS, FLOOR MODEL, FOOT ACTIVATED, W/ APPROXIMATELY 10" x 10" TABLE; | | |
| | | | | | | | | | (1) GRANT MODEL 220 RIVET PRESS, S/N JJ-1166; | | |
| | | | | | | | | | (1) GRANT MODEL 220 RIVET PRESS; | | |
| | | | | | | | | | MISCELLANEOUS PRODUCT SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO [CONTINUED]: | | $0 |

| REF | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|-----|-------|------|----------|------|------|-------|----------|-------|-------------|-------|------------------|
| | | | | | | | | | DRILLING STATION, DUAL SIDE SETUP, INCLUDING BUT NOT LIMITED TO: (1) ADJUSTABLE HEIGHT TABLE, APPROXIMATELY 18" x 30"; (1) VERTICAL DRILLING HEAD; (1) HORIZONTAL DRILLING HEAD W/ MOTOR, 5-POSITION; (1) ADJUSTABLE HEIGHT TABLE; APPROXIMATELY 12" x 18"; (1) VERTICAL HOLDING/CLAMPING DEVICE, FOOT ACTIVATED; | | $0 |
| | | | | | | | | | (1) EASTMAN MODEL 629X CLOTH KNIFE, 8". S/N 2-NA539-5; | | |
| | | | | | | | | | (1) EASTMAN MODEL 629X CLOTH KNIFE, S/N 2-E1048-5; | | |
| | | | | | | | | | (1) EASTMAN MODEL 629X CLOTH KNIFE, S/N 2-E24228-5; | | |
| | | | | | | | | | (1) EASTMAN MODEL 629X CLOTH KNIFE, S/N 2-YG934-5; | | |
| | | | | | | | | | (4) KOBE MODEL RS-100 CIRCULAR KNIVES, APPROXIMATELY 4" DIAMETER BLADE; | | $0 |
| | | | | | | | | | (2) WOLF-PACER SERIES X1-1-1/2, S/Ns P89939 AND P89938; | | |
| | | | | | | | | | (1) WOLF SERIES BLAZER II, S/N B32442; | | |
| | | | | | | | | | (1) EASTMAN SERIES BLUE STREAK II, CLASS 629, S/N 2-PF286-5; | | |
| | | | | | | | | | (1) WOLF INDUSTRIES MODEL STANDARD GRINDER SHARPENER, S/N 101502, SCISSORS SHARPENING SYSTEM, DOUBLE END, W/ 1/4-HP MOTOR; | | |
| | | | | | | | | | (3) CUTTING TABLES, W/ METAL FRAMES, WOOD FIBERBOARD TOPS, APPROXIMATELY 6' x 70', MULTIPLE SECTION SETUP, W/ CLOTH MISCELLANEOUS PRODUCT SUPPORT EQUIPMENT, INCLUDING BUT NOT LIMITED TO [CONTINUED]; | | $0 |

| REF | Item# | Qty. | Equip. # | Year | Make | Model | Serial # | Class | Description | Cond. | Agreed Reduction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (1) BENCH PRESS, DOWN ACTING, W/ APPROXIMATELY 12" x 20" TABLE; (1) CLARK MACHINES POLYESTER SEED AND STUFFING SYSTEM, INCLUDING: (1) PRIMARY STUFF HOPPER, W/ APPROXIMATELY MAXIMUM 5' OPENING, TRANSFER CONVEYOR, APPROXIMATELY 48"W x 10', VANE TYPE SEED STUFFING; (2) POWER TYPE SEED BINS, EACH W/ MOTOR AND DRIVE, GALVANIZED EXIT VANE TYPE DUCTING; (2) INDUSTRIAL BLOWERS W/ STUFFING OUTLET/MANIFOLD, APPROXIMATELY 35-YEARS OLD; (1) DEMAG MODEL BC2112S480 TRANSFORMER; (1) WALL MOUNTED SINGLE DOOR CABINET PROCESS CONTROLLER FOR CLEAN FAN, #1 | | $0 |
| 248 | 1 | | N/A | 2005 | GERBER | INFINITY 45 | 5686 | M | PLOTTER, W/ GERBER DIGITIZER BOARD, DELL MODEL GX280 COMPUTER, COLOR DISPLAY, KEYBOARD, MOUSE, AND HEWLETT-PACKARD | F | $2,450 |
| 249 | 1 | | N/A | N/A | N/A | N/A | N/A | MH | CONVEYOR SYSTEM, 2-SECTION [NOT IN USE ON DATE OF INSPECTION], INCLUDING BUT NOT LIMITED TO: (1) PRIMARY BELT SECTION, ESCALATING, APPROXIMATELY 30"W BELT, METAL FRAME, METAL STAND, W/ MOTOR AND DRIVE, APPROXIMATELY 40' LONG. | F | $350 |

# EXHIBIT 6.1(j)

## FINISHED GOODS MERCHANDISE THRESHOLD ($000's)

| Incremental Dollars in Inventory | Cost Value of Merchandise (1) | Decremental Percent in Guarantee |
|---|---|---|

Guarantee of $1.12M for $3.2M of Cost Value of Finished Goods

For each $1 of cost below $3.2 million reduce the guarantee as follows

| THRESHOLD | 2.75M - 3.2M | 35ct per $1 of Cost Value |
|---|---|---|
| | 2.50M - 2.75M | 40ct per $1 of Cost Value |
| | Below 2.50M | 50ct per $1 of Cost Value |

## FABRIC AND HIDE MERCHANDISE THRESHOLD ($000's)

| Decremental Dollars in Inventory | Cost Value of Merchandise (1) | Decremental Percent in Guarantee |
|---|---|---|

Guarantee of $390k for $2.95M of Cost Value of Fabric and Hides

For each $1 of cost below $2.95 million reduce the guarantee as follows

| THRESHOLD | 2.5M - 2.95M | 20ct per $1 of Cost Value |
|---|---|---|
| | Below 2.50M | 25ct per $1 of Cost Value |

**Exhibit 2 to Proposed Order**

**Bid and Auction Procedures**

**BID AND AUCTION PROCEDURES FOR ASSETS OF BERKLINE/BENCHCRAFT
HOLDINGS, LLC AND ITS DIRECT AND INDIRECT SUBSIDIARIES**

The bid and auction process and procedures set forth below (the "Bid
Procedures") are designed to facilitate a full and fair bidding process to maximize the value of
the assets (the "Assets") of Berkline/BenchCraft Holdings, LLC and its direct and indirect
subsidiaries (collectively, "Berkline").

**A.      Determination of Qualified Bud Status**

To be eligible to participate in the bidding process, each potential bidder must:
(i) execute a confidentiality agreement with Berkline, (ii) deliver to Berkline prior to the auction
an executed agency agreement, together with a blackline showing all changes from the stalking
horse agreement (the "Stalking Horse Agreement") entered into by and between Berkline and the
Great American Group and (iii) establish to Berkline that it has the experience to handle the
liquidation of the Assets and has the financial ability to pay all obligations under an agency
agreement with respect to the liquidation of the Assets (the "Agency Agreement") should they
come due (each, a "Qualified Bidder").

**B.      The Auction**

The Auction shall take place at the offices of Morgan, Lewis & Bockius on April
26, 2011 at 11:00 a.m. (ET).  Qualified Bidders may attend in person or via telephone (a dial in
number will be circulated prior to the start of the auction).

***THE AUCTION SHALL BE CONDUCTED ACCORDING TO THE FOLLOWING
PROCEDURES:***

**1.      Participation in the Auction**

Only Qualified Bidders may submit Bids at the Auction.

Berkline and its professional advisors shall direct and preside over the Auction.
Bidding at the Auction shall begin with the bid set forth in the Stalking Horse Agreement (the
"Baseline Bid").  Berkline shall maintain a transcript of all bids made and announced at the
Auction, including the Baseline Bid, all Overbids (defined below) and the Successful Bid
(defined below).

Each Qualified Bidder shall designate one person to speak and to bid.   Such
person should clearly identify his or her name and bidder affiliation on the record with each bid.
Bidders will have the opportunity to ask for a break but Berkline reserves the right to limit the
number and/or duration of any breaks.  No Qualified Bidder may "pass" and a "pass" will be
deemed to be a withdrawal from the Auction.

2.      **Terms of Overbids**

An "Overbid" is any Bid made at the Auction subsequent to Berkline's announcement of the Baseline Bid. Any Qualified Bidder's initial Overbid must exceed the Baseline Bid amount by the sum of a $15,000 expense reimbursement, a $50,000 breakup fee, and the $50,000 initial minimum Overbid, such that opening bid must total $2,380,000 in the aggregate. Each subsequent Overbid must be at least $25,000 greater than the previous highest or best bid.

All bids must be in cash unless consented to by Berkline's secured lenders.

3.      **Closing the Auction**

Upon conclusion of the bidding at the Auction, the Auction shall be closed, and Berkline shall determine, in its reasonable discretion, in consultation with its secured lenders, the highest or otherwise best offer for the Assets (the "Successful Bid," and the entity submitting the Successful Bid, the "Successful Bidder") and the next highest or otherwise best bid after the Successful Bid for the Assets (the "Back-Up Bid," and the entity submitting such Back-Up Bid, the "Back-Up Bidder").

The Successful Bidder and Berkline shall promptly finalize any changes in the Agency Agreement immediately following the conclusion of the Auction. The Back-Up Bid shall remain in place and irrevocable for a period of twenty (20) days following the conclusion of the Auction. In the event that the Successful Bidder fails to close, Berkline shall seek to close with the Back-Up Bidder.

C.      **Miscellaneous**

Berkline reserves the right to modify the Bid Procedures in consultation with its secured lenders. Participation in the Auction shall be deemed an acknowledgment by each Qualified Bidder that it has reviewed and understands the Bid Procedures and has fully consented thereto.