# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Berkline/BenchCraft Holdings, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-111369 (MFW)<br><br>Jointly Administered<br><br>**Hearing Date: May 23, 2011 at 9:30 a.m. (ET)**<br>**Objection Deadline: May 16, 2011 at 4:00 p.m. (ET)** |

## DEBTORS' MOTION FOR AN ORDER EXTENDING THE TIME
## TO FILE SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each a "Debtor" and collectively, the "Debtors"), by and through their undersigned counsel, hereby move this Court (the "Motion") for entry of an order granting the Debtors an extension of an additional thirty (30) days, to file their schedules of assets and liabilities, schedules of current income and expenditures, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules and Statements"). In support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief requested herein are sections 105(a), 521, 1107 and 1108 of the Bankruptcy Code, Rules 1007(c) and 9006(b) of the Federal Rule of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 1007-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

1(b) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "Local Rules").

## BACKGROUND

2. On May 2, 2011 (the "Petition Date"), the Debtors each commenced a case by filing a petition for relief in this Court under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). The Chapter 11 Cases are being jointly administered for procedural purposes pursuant to Bankruptcy Rule 1015(b).

3. Each Debtor is continuing to operate its business and manage its properties as a debtor in possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code. No trustee, examiner or official committee of unsecured creditors has been appointed in the Chapter 11 Cases.

4. Information regarding the Debtors' history and business operations, their capital structure and primary secured indebtedness, and the events leading up to the commencement of these Chapter 11 Cases can be found in the *Declaration of Keith Cooper in Support of First Day Motions* (the "First Day Declaration"), which is incorporated herein by reference.

## RELIEF REQUESTED

5. By this Motion, the Debtors request that the Court enter an order, pursuant to Bankruptcy Rules 1007(a)(5) and (c) and Local Rule 1007-1(b), granting the Debtors an extension of thirty (30) days, through and including July 1, 2011, to file their Schedules and Statements, without prejudice to their right to seek a further extension of such time.[2] Subject to

---

[2] Pursuant to Local Rule 9006-2, the filing of this Motion prior to the expiration of the current deadline of June 1, 2011 (the "Current Deadline") shall, to the extent necessary, serve to automatically extend the Current Deadline, without the necessity for the entry of a bridge order, until the Court rules on this Motion.

this Court's approval, the requested extension would give the Debtors a total of sixty (60) days from the Petition Date to file the Schedules and Statements.

## BASIS FOR RELIEF REQUESTED

6. As previously noted, pursuant to Local Rule 1007-1(b), the Current Deadline is June 1, 2011. Bankruptcy Rule 1007(a)(5) and Local Rule 1007-1(b), however, authorize this Court to grant the Debtors, for cause shown, additional time to file the Schedules and Statements. The Debtors respectfully submit that, for the reasons set forth below, cause exists for granting the brief extension requested herein.

7. The Debtors submit that cause exists to extend the deadline for the Debtors to file their Schedules and Statements given (i) the size of the Debtors' businesses, (ii) the number of potential creditors, (iii) the limited resources currently available to the Debtors, and (iv) the numerous burdens the wind-down and liquidation efforts will impose on the Debtors, particularly in the early days of these Chapter 11 Cases. The Debtors' management and employees, together with their outside advisors, have been working diligently to begin the process of compiling the information necessary for the Schedules and Statements. However, to prepare the Schedules and Statements, the Debtors must necessarily gather information from their books, records and other documents relating to hundreds of transactions. As a result, collection of the necessary information will require an expenditure of substantial time and effort on the part of the Debtors, their employees and professional advisors. The magnitude of that task, when taken together with the considerable stresses related to the Debtors' transition into chapter 11, and the ongoing burdens of the wind down and liquidation processes, supports the requested extension of the Current Deadline.

8.  The relief requested in this Motion will not prejudice or adversely affect the rights of the Debtors' creditors or other parties in interest. Indeed, the extension requested in this Motion will aid the Debtors' efforts to ensure the accuracy and completeness of the Schedules and Statements, which in turn will promote efficient administration of these Chapter 11 Cases to the benefit of all creditors and parties in interest.

9.  Courts in this district routinely grant extensions of the deadline for filing Schedules and Statements, with the length of the extension generally corresponding to the size and complexity of the case in question. See, e.g., In re Heartland Publications, LLC, Case No. 09-14459 (Bankr. D. Del. Jan. 12, 2010) (Gross, J.) (granting the debtors a 30-day extension to file their schedules of assets and liabilities and statements of financial affairs for a total of 60 days from the petition date); In re Fluid Routing Solutions Intermediate Holding Corp., Case No. 09-10384 (Bankr. D. Del. Mar. 23, 2009) (Sontchi, J.) (14-day extension for a total of 44 days); In re Pliant Corporation, Case No. 09-10443 (Bankr. D. Del. Mar. 10, 2009) (Walrath, J.) (15-day extension for a total of 45 days); In re Merisant Worldwide, Inc., Case No. 09-10059 (Bankr. D. Del. Feb. 12, 2009) (Walsh, J.) (30-day extension for a total of 60 days); In re KB Toys, Inc., Case No. 08-13269 (Bankr. D. Del. Jan. 27, 2009) (Carey, C.J.) (30-day extension for a total of 60 days); In re Smurfit-Stone Container Corporation, Case No. 09-10235 (Bankr. D. Del. Jan. 27, 2009) (Shannon, J.) (30-day extension for a total of 60 days).

10. Accordingly, the Debtors respectfully request that this Court extend, by an additional thirty (30) days, for a total of sixty (60) days from the Petition Date, the date by which the Debtors are required to file the Schedules and Statements pursuant to Local Rule 1007-1(b). The Debtors request such an extension without prejudice to their ability to seek further extensions from this Court.

# NOTICE

11. Notice of this Motion will be given to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Debtors' thirty (30) largest unsecured creditors on a consolidated basis; (iii) counsel to the Agent; (iv) counsel to the Lenders; (v) counsel to the Subordinated Lenders; (vi) counsel to the holders of the Sub Notes; (vii) the Subordinated Agent, or its counsel if known; and (vii) those parties who have requested service of papers pursuant to Bankruptcy Rule 2002. In light of the nature of the relief requested, the Debtors respectfully submit that no further notice is necessary.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an order, in substantially the form attached hereto as <u>Exhibit A</u>, (i) granting the Debtors an extension of time to file their Schedules and Statements, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware  
       May 6, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
Annie C. Wells
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Proposed Counsel for Debtors and Debtors-in-Possession*