UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| Berkline/Benchcraft Holdings LLC, et al. | : | Case No. 11-11369 (MFW) |
| | : | NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS |
| Debtors. | : | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Zhejiang Ausen Industry Co., Ltd**, Attn: John Ausen, Hengshan Road, Haining, Zhejiang Province, China, Phone: 86-573-87385258, Fax: 86-573-8738511

2. **Haining Mengnu Group Co., Ltd**, Attn: Morris Zou, Longxing Road 101#, Economic Development Zone, Haining City, China, Phone: 87268861, Fax: 0573-87266285

3. **Lakeway Container Inc.**, Attn: A.E. Jolley, 5715 Superior Drive, Morristown TN 37814, Phone: 423-581-2164, Fax:423-586-7044

4. **Morgan Fabrics**, Attn: Steve Valle, 4265 Exchange Avenue, Los Angeles CA 90058, Phone: 323-923-2355, Fax: 323-923-2341

5. **Hayter Printing & Die Cutting**, Attn: G. Wayne Pigmon, PO Box 1400, Morristown TN 37816-1400, Phone: 423-586-7632, Fax: 423-586-1883


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/Jane Leamy, for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: May 13, 2011

Attorney assigned to this Case: Mark S. Kenney, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Kenneth J. Enos, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253