# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 44 |

## ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO RETAIN MORGAN, LEWIS & BOCKIUS LLP AS COUNSEL PURSUANT TO 11 U.S.C. § 327(a), *NUNC PRO TUNC* TO THE PETITION DATE

Upon the Application[2] of the Debtors for an order authorizing the retention of Morgan Lewis as their counsel, *nunc pro tunc* to the Petition Date, in connection with the commencement and administration of these chapter 11 cases (the "Chapter 11 Cases"), pursuant to Sections 327(a), 328(a) and 329(a) of the Bankruptcy Code and Rules 2014 and 2016 of the Bankruptcy Rules, and upon consideration of the Declaration of Neil E. Herman in Support of the Application; and the Court finding that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), (iii) notice of the Application was due and proper, (iv) the relief requested in the Application is in the best interests of the Debtors, their estates and creditors, and (v) Morgan Lewis is disinterested and neither holds nor represents any interest adverse to the Debtors or their estates with respect to the matters on which Morgan Lewis is to be retained; and after due deliberation, and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted; and it is further

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

[2] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Application.

ORDERED, that the retention and employment of Morgan Lewis as counsel to the Debtors pursuant to Sections 327(a), 328(a) and 329(a) of the Bankruptcy Code on the terms set forth in the Application and in the Herman Declaration, is hereby approved, *nunc pro tunc* to the Petition Date; and it is further

ORDERED, that Morgan Lewis shall be compensated in accordance with its normal rates and disbursement policies, pursuant to periodic applications to be considered by this Court in accordance with the procedures set forth in the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the UST Guidelines and any applicable orders of this Court; and it is further

ORDERED, that the Court shall retain jurisdiction to hear and determine all matters arising from, or related to, the implementation of this Order.

Dated: Nov 19, 2011
Wilmington, Delaware

_____
MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE