**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Jointly Administered |

**AMENDED[2] AGENDA NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR THE HEARING ON MAY 23, 2011 AT 9:30 A.M. (ET)**

**MATTERS GOING FORWARD – CERTIFICATIONS FILED:**

1. Debtors' Motion for Entry of an Interim and Final Order, *Inter Alia*, Establishing Procedures for Determining Adequate Assurance of Payment for Future Utility Services [Docket No. 6, 5/2/11]

    Objection/Response Deadline:    May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a) Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 23, 5/4/11]

    b) Notice of Entry of Interim Order and Final Hearing [Docket No. 29, 5/5/11]

    c) Certification of No Objection Regarding Docket No. 6 [Docket No. 72, 5/18/11]

    **d) Final Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Utility Services, (II) Deeming Utilities Companies Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 85, 5/19/11]**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

[2] Amended items appear in bold.

Objections/Responses Received: None

**Status: The order has been entered. No hearing is necessary.**

2. Debtors' Application for an Order Authorizing the Debtors and Debtors in Possession to Retain Morgan Lewis & Bockius LLP as Counsel Pursuant to 11 U.S.C. § 327(a), *Nunc Pro Tunc* to the Petition Date [Docket No. 44, 5/6/11]

    Objection/Response Deadline: May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a) Certification of No Objection Regarding Docket No. 44 [Docket No. 73, 5/18/11]

    b) **Order Authorizing the Debtors and Debtors in Possession to Retain Morgan Lewis & Bockius LLP as Counsel Pursuant to 11 U.S.C. § 327(a),** *Nunc Pro Tunc* **to the Petition Date [Docket No. 84, 5/19/11]**

    Objections/Responses Received: None

    **Status: The order has been entered. No hearing is necessary.**

3. Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors *Nunc Pro Tunc* to the Petition Date [Docket No. 45, 5/6/11]

    Objection/Response Deadline: May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a) Certification of No Objection Regarding Docket No. 45 [Docket No. 74, 5/18/11]

    b) **Order Pursuant to Section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014 Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Attorneys for the Debtors** *Nunc Pro Tunc* **to the Petition Date [Docket No. 82, 5/19/11]**

    Objections/Responses Received: None

    **Status: The order has been entered. No hearing is necessary.**

4.  Debtors' Motion for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 47, 5/6/11]

    Objection/Response Deadline:       May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a)  Certification of Counsel Regarding Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [Docket No. 76, 5/18/11]

    Objections/Responses Received:

    b)  Informal Response of the United States Trustee

    **Additional Pleadings:**

    c)  **Order Granting Motion To Approve Procedures for Interim Compensation [Docket No. 82, 5/19/11]**

    **Status: The order has been entered. No hearing is necessary.**

5.  Debtors' Motion for an Order Extending the Time to File Schedules and Statements of Financial Affairs [Docket No. 48, 5/6/11]

    Objection/Response Deadline:       May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a)  Certification of No Objection Regarding Docket No. 48 [Docket No. 75, 5/18/11]

    b)  **Order Granting Motion To Extend Deadline to File Schedules or Provide Required Information [Docket No. 81, 5/19/11]**

    Objections/Responses Received:       None

    **Status: The order has been entered. No hearing is necessary.**

**MATTERS GOING FORWARD:**

6.  Debtors' Motion for Entry of an Order Pursuant to Sections 105 and 363 of the Bankruptcy Code (I) Authorizing the Retention of FTI Consulting, Inc. as the Debtors' Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Engagement Agreement Between The Debtors and Keith F. Cooper and FTI Consulting, Inc. [Docket No. 46, 5/16/11]

Objection/Response Deadline:   May 16, 2011 at 4:00 p.m. (ET)

Related Pleadings:   None

Objections/Responses Received:

- a) Informal Response of United States Trustee

- b) Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order Pursuant to the Sections 105 and 363 of the Bankruptcy Code (I) Authorizing the Retention of FTI Consulting, Inc. as the Debtors' Chief Restructuring Officer, *Nunc Pro Tunc* to the Petition Date and (II) Approving the Engagement Agreement Between the Debtors and Keith F. Cooper and FTI Consulting, Inc. [Docket No. 68, 5/16/11]

Status:  The objections/responses have been resolved.  The Debtors intend to submit a revised form of order at the hearing.

**CONTESTED MATTERS GOING FORWARD:**

7.  Debtors' Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. § 363; (B) Modifying Automatic Stay Under 11 U.S.C. 362; and (C) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 9, 5/2/11]

    Objection Deadlines:   May 18, 2011 at 4:00 p.m. (ET)
    (extension for the Official Committee of Unsecured Creditors)

    Related Pleadings:

    - a) Interim Order Authorizing Debtors to:  (A) Use Cash Collateral Pending a Final Hearing; and (B)  Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and the Lenders, and the Subordinated Lenders [Docket No. 27, 5/4/11]

    - b) Notice of Entry of Interim Order and Final Hearing [Docket No. 30, 5/5/11]

    c)    **Notice of Final Order Authorizing Debtors to: (A) Use cash Collateral; and (B) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and The Lenders, and the Subordinated Lenders [Docket No. 62, 5/13/11]**

Objections/Responses Received:

    d)    Informal Response of the Official Committee of Unsecured Creditors

    e)    **Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Final Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. § 363 and (B) Modifying Automatic Stay Under 11 U.S.C. § 362 [Docket No. 86, 5/19/11]**

**Additional Pleadings:**

    f)    **Notice of Revised Proposed Final Order Authorizing Debtors to: (A) Use cash Collateral; and (B) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and The Lenders, and the Subordinated Lenders [Docket No. 87, 5/20/11]**

**Status:  The parties have agreed upon the terms of proposed form of Final Order, but this matter is going forward on a contested basis solely with respect to a disagreement regarding the budget.**

8.    Motion of the Debtors for Entry of an Interim and Final Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 10, 5/2/11]

    Objection Deadlines:    May 16, 2011 at 4:00 p.m. (ET)

    Related Pleadings:

    a)    Interim Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 26, 5/4/11]

    b)    Notice of Entry of Interim Order and Final Hearing [Docket No. 31, 5/5/11]

5
YCST01:11088485.1    070177.1001

    c)    **Notice of Final Order Authorizing Debtors to: (A) Use cash Collateral; and (B) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and The Lenders, and the Subordinated Lenders [Docket No. 62, 5/13/11]**

Objections/Responses Received:

    d)    Informal Response of the Official Committee of Unsecured Creditors

    e)    **Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Final Order (A) Authorizing Use of Cash Collateral and Granting Adequate Protection Pursuant to 11 U.S.C. § 363 and (B) Modifying Automatic Stay Under 11 U.S.C. § 362 [Docket No. 86, 5/19/11]**

**Additional Pleadings:**

    f)    **Notice of Revised Proposed Final Order Authorizing Debtors to: (A) Use cash Collateral; and (B) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and The Lenders, and the Subordinated Lenders [Docket No. 87, 5/20/11]**

**Status:  The parties have agreed upon the terms of proposed form of Final Order, but this matter is going forward on a contested basis solely with respect to a disagreement regarding the budget.**

8.    Motion of the Debtors for Entry of an Interim and Final Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 10, 5/2/11]

Objection Deadlines:    May 16, 2011 at 4:00 p.m. (ET)

Related Pleadings:

    a)    Interim Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 26, 5/4/11]

    b)    Notice of Entry of Interim Order and Final Hearing [Docket No. 31, 5/5/11]

5

YCST01:11088485.1    070177.1001

Objections/Responses Received:

    c)      United States Trustee's Objection to Debtors' Motion for Entry of Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of Bankruptcy Code [Docket No. 65, 5/16/11]

    d)      Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Interim and Final Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 67, 5/16/11]

**Status: The Debtors have resolved the Objection filed by the Official Committee of Unsecured Creditors, and will present the terms of the resolution at the Hearing. This matter will be going forward on a contested basis solely with respect to the Objection to the Break-up Fee filed by the Office of United States Trustee.**

Dated: Wilmington, Delaware
       May 20, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*
Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Debtors and Debtors-in-Possession*