# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Berkline/BenchCraft Holdings, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-11369 (MFW)<br><br>Jointly Administered |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                    ) SS
NEW CASTLE COUNTY   )

Melissa L. Bertsch, being duly affirmed according to law, deposes and says that she is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, proposed counsel for the debtors and debtors-in-possession in the above-captioned cases, and that on the 16th day of May, 2011, she caused copies of the following pleading(s) to be served, in the manner indicated, to those parties on the attached service list:

- **Motion to Approve Entry of an Interim and Final Order Approving Assumption of Agency Agreement [Docket No. 10]**

- **Interim Order Approving Assumption of Agency Agreement Pursuant to Sections 105, 363, 364 and 365 of the Bankruptcy Code [Docket No. 26]**

- **Notice of Entry Interim Order & Final Hearing [Docket No. 31]**

- **Notice of Final Order Authorizing Debtors to: (A) Use cash Collateral; and (B) Grant Adequate Protection and Provide Security and Other Relief to Wells Fargo Capital Finance, LLC, as Agent, and The Lenders, and the Subordinated Lenders [Docket No. 62]**

_____
Melissa L. Bertsch

AFFIRMED TO AND SUBSCRIBED before me this 20 day May, 2011.

_____
Notary Public

KASSANDRA ANN RIDDLE
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 10, 2012

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

YCST01:11034657.1                                                         070177.1001

## SERVICE LIST
## Berkline/BenchCraft Holdings, LLC
## 5/16/2011

D. Andrew Phillips
Mitchell, McNutt & Sams, P.A.
1216 Van Buren Avenue
Oxford, MS 38655
(Limoss US, LLC)
*Federal Express*