# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Jointly Administered |
| | Docket Ref. No. 58 |

## ORDER AUTHORIZING THE DEBTORS AND DEBTORS IN POSSESSION TO STREAMBANK, LLC AS INTELLECTUAL PROPERTY DISPOSITION CONSULTANT NUNC PRO TUNC TO [MAY 5, 2011]

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to retain of Streambank, LLC ("Streambank") to provide intellectual property disposition services *nunc pro tunc* to November 14, 2008; and upon the *Affidavit of David Peress in Support of Application for Order Authorizing the Debtors and Debtors in Possession to Retain Streambank as Intellectual Property Disposition Consultant Nunc Pro Tunc to* [May 5, 2011] (the "Peress Affidavit"); and it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that notice of the Application and opportunity for a hearing on the Application was appropriate under the particular

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

[2] Capitalized terms used herein as defined terms and not otherwise defined shall have those meanings ascribed to them in the Application.

circumstances and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby,

ORDERED, that the Application is GRANTED; and it is further

ORDERED, that the Debtors shall be, and hereby are, authorized pursuant to Sections 327(a) and 328(a) of title of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), to retain Streambank to provide intellectual property disposition services in accordance with the terms and conditions set forth in the Retention Letter, *nunc pro tunc* to May 5, 2011; and it is further

ORDERED, that Streambank shall be compensated and reimbursed pursuant to Section 328(a) of the Bankruptcy Code in accordance with the terms of the Retention Letter and the fees and expenses incurred by Streambank shall be treated as administrative expenses of the Debtors' Chapter 11 estates and shall be paid by the Debtors in accordance with the terms of the Retention Letter, without the necessity of Streambank filing interim or final fee applications or otherwise complying with the monthly, quarterly or final compensation procedures applicable to professionals; and it is further

ORDERED, that the Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: May 31, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE