## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Jointly Administered |

## GLOBAL NOTES TO DEBTORS' SCHEDULES OF ASSETS AND
## LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

Berkline/BenchCraft Holdings, LLC, Berkline/BenchCraft, LLC, Berkline, LLC, BenchCraft, LLC, Blue Mountain Trucking Corporation, and BenchCraft International Sourcing, Inc. (each a "Debtor" and together, the "Debtors") submit their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure. The Schedules and Statements prepared by the Debtors as of May 2, 2011 are unaudited, from a variety of different sources available to the Debtors and were prepared with such data to provide a cut-off as near as possible May 2, 2011 (the "Petition Date"). While the Debtors' management and advisors have exercised reasonable best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist. Accordingly, the Debtors reserve the right to amend the Schedules and Statements from time to time as may be necessary or appropriate and expect they will do so as information becomes available. These global notes (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors reserve the right to dispute, or to assert offset or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification. The Debtors also reserve all rights with respect to the values, amounts and characterizations of the assets and liabilities listed in their Schedules and Statements.

Any failure to designate a claim listed on the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent" or "unliquidated". The Debtors reserve the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on their Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors for, among other things, goods, services, or taxes are listed as the amounts

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors. The Debtors reserve all of their rights with respect to any such credits and allowances.

As it would be expensive and unduly burdensome to obtain current market valuations of the Debtors' property interests, unless otherwise noted, the carrying value on the Debtors' books (net book value), rather than the current market values, of the Debtors' interests in property and of the Debtors' liabilities, is reflected on the Schedules and Statements.

The Debtors reserve all of their rights with respect to any causes of action they may have against third parties, whether not such causes of action are or are not listed as assets in their Schedules and Statements and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

The last audit of Berkline was as of December 31, 2009. These Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP").

The Schedules and Statements have been signed by Keith Cooper who serves as the Chief Restructuring Officer of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Cooper has necessarily relied upon the efforts, statements and representations of the Debtors' personnel and professionals. Mr. Cooper has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

In addition to the foregoing, the following conventions were adopted by the Debtors in the preparation of the Schedules and Statements:

## Schedules of Assets and Liabilities

Schedule B Notes

- Except with respect to bank account balances set forth in Schedule B2, all values set forth in Schedule B reflect the book value of the Debtors' assets as of May 2nd, 2011.

- Schedule B21 – The Debtors' failure to list any contingent and/or unliquidated claim held by the Debtors in response to this question shall not constitute a waiver, release, relinquishment or forfeiture of such claim.

- Schedule B30 – As a consequence of the Debtors entry into the Agency Agreement with Hilco Merchant Resources, LLC, Hilco Industrial LLC, Maynards Industries (1991) Inc., Linon Home Décor Products, Inc., and Myron Bowling Auctioneers on April 26, 2011, the Debtors were not in the possession of any inventory as of the Petition Date.

Schedule D Notes

- Except as otherwise agreed in accordance with a stipulation or agreed order or any other order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

- Holders of secured claims by virtue of holding setoff rights against the Debtors or leasing equipment to the Debtors are not included on Schedule D. Lessors, utility companies and other parties which may hold security deposits have also not been listed on Schedule D.

Schedule E Notes

- The Bankruptcy Court has approved the payment of certain unsecured claims against the Debtors including, without limitation, certain claims of employees for wages, salaries, and benefits and certain tax claims which arose pre-petition. The Debtors have not included any priority claims that have been satisfied as a result of these first day orders.

- The listing of any claim or entity on Schedule E does not constitute an admission by the Debtors that any claim listed or held by an entity listed on Schedule E is entitled to priority treatment under 11 U.S.C. § 507. The Debtors reserve the right to take the position that any claim listed or held by an entity listed on Schedule E is not entitled to priority treatment.

- Since the Petition Date, the Debtors have honored their obligations to Employees with respect to accrued paid time off in the ordinary course of business.

Schedule G Notes

- While reasonable best efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. To the extent the Debtors become aware of additional executory contracts and unexpired leases (each an "agreement"), they will supplement their Schedules.

- The Debtors hereby reserve all rights to dispute the validity, status or enforceability of any agreement set forth in Schedule G and to amend or supplement such Schedule as necessary. Additionally, the placing of an agreement onto Schedule G shall not be deemed an admission that such agreement is an executory contract or unexpired lease, or that it is necessarily binding, valid and/or enforceable. Any and all of the Debtors' rights, claims and causes of action with respect to the agreements listed on Schedule G are hereby reserved and preserved.

- Omission of an agreement from Schedule G does not constitute an admission that such omitted agreement is not an executory contract or unexpired lease. Additionally, certain agreements may have been rejected by order of the Bankruptcy Court during the duration of these cases. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by their omission. Schedule G may be amended at any time to add any omitted agreement.

- The agreements listed on Schedule G may have expired or may have been rejected, terminated, assigned, modified, amended and/or supplemented from time to time by various amendments, change orders, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed therein. Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payment, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the agreements listed on Schedule G may be in the nature of secured financings, and the inclusion of such on Schedule G is not an admission that the agreement is an executory contract, financing agreement or otherwise.

## Statements of Financial Affairs

Statement of Financial Affairs Question 1

The sale numbers reported by the Debtors are calculated by taking into account the normal ordinary course trade discounts/allowances that are given to the Debtors' dealer-customers. These numbers do not include any of the costs associated with the sale. The Debtors are reporting in this manner so as to better approximate the amount of sales revenue generated from sale.

Statement of Financial Affairs Question 3b

The Debtors have scheduled known payments to creditors aggregating more than $5,850 that were made during the 90 days prior to the Petition Date other than ordinary course wages or expense reimbursements to employees, which were only listed in their aggregate amounts.

The Debtors have not listed any payments to insiders made in the 90 days prior to the Petition Date in response to Question 3b. Reference should be made to the Debtors' response to Question 3c for such information.

Statement of Financial Affairs Question 4

Statement of Financial Affairs Question 9

Payments related to debt counseling or bankruptcy appear only in the response to Statement Question 9 of Berkline LLC.

Statement of Financial Affairs Question 23

The response to Statement Question 3c is incorporated by reference into the response to Statement Question 23.

* * * END OF GLOBAL NOTES * * *

# UNITED STATES BANKRUPTCY COURT

## District of Delaware

In re:  BERKLINE/BENCHCRAFT HOLDINGS, LLC        Case No.  11-11369

_____Debtor_____        Chapter  11

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $0.00 | | |
| B - Personal Property | YES | 4 | $0.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 5 | | $222,584,723.27 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 1 | | $0.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 11 | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | |
| J - Current Expenditures of Individual Debtors(s) | NO | | | | |
| | | 26 | $0.00 | $222,584,723.27 | |

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC      Case No.   11-11369
                    Debtor                                                    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  CASH ON HAND. | X | | | |
| 2.  CHECKING, SAVINGS OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR SHARES IN BANKS, SAVINGS AND LOAN, THRIFT, BUILDING AND LOAN, AND HOMESTEAD ASSOCIATIONS, OR CREDIT UNIONS, BROKERAGE HOUSES, OR COOPERATIVES. | X | | | |
| 3.  SECURITY DEPOSITS WITH PUBLIC UTILITIES, TELEPHONE COMPANIES, LANDLORDS, AND OTHERS. | X | | | |
| 4.  HOUSEHOLD GOODS AND FURNISHINGS, INCLUDING AUDIO, VIDEO, AND COMPUTER EQUIPMENT. | X | | | |
| 5.  BOOKS, PICTURES AND OTHER ART OBJECTS, ANTIQUES, STAMP, COIN, RECORD, TAPE, COMPACT DISC, AND OTHER COLLECTIONS OR COLLECTIBLES. | X | | | |
| 6.  WEARING APPAREL. | X | | | |
| 7.  FURS AND JEWELRY. | X | | | |
| 8.  FIREARMS AND SPORTS, PHOTOGRAPHIC, AND OTHER HOBBY EQUIPMENT. | X | | | |

In re: **BERKLINE/BENCHCRAFT HOLDINGS, LLC**   Case No.   11-11369
_____        _____
Debtor                                                       (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 9.  INTERESTS IN INSURANCE POLICIES. NAME INSURANCE COMPANY OF EACH POLICY AND ITEMIZE SURRENDER OR REFUND VALUE OF EACH. | X | | | |
| 10. ANNUITIES.  ITEMIZE AND NAME EACH INSURER. | X | | | |
| 11. INTERESTS IN AN EDUCATION IRA AS DEFINED IN 26 U.S.C. § 530(b)(1) OR UNDER A QUALIFIED STATE TUITION PLAN AS DEFINED IN 26 U.S.C. § 529(b)(1). GIVE PARTICULARS.  (FILE SEPARATELY THE RECORD(S) OF ANY SUCH INTEREST(S). 11 U.S.C. § 521(c)  RULE 1007(B)) | X | | | |
| 12. INTERESTS IN IRA, ERISA, KEOGH, OR OTHER PENSION OR PROFIT SHARING PLANS.  ITEMIZE. | X | | | |
| 13. STOCK AND INTERESTS IN INCORPORATED BUSINESSES.  ITEMIZE. | | BERKLINE/BENCHCRAFT, LLC- 100% EQUITY INTEREST | | UNKNOWN |
| 14. INTERESTS IN PARTNERSHIPS OR JOINT VENTURES.  ITEMIZE. | X | | | |
| 15. GOVERNMENT AND CORPORATE BONDS AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS. | X | | | |
| 16. ACCOUNTS RECEIVABLE. | X | | | |
| 17. ALIMONY, MAINTENANCE, SUPPORT, AND PROPERTY SETTLEMENTS TO WHICH THE DEBTOR IS OR MAY BE ENTITLED. GIVE PARTICULARS. | X | | | |
| 18. OTHER LIQUIDATED DEBTS OWING DEBTOR INCLUDING TAX REFUNDS.  GIVE PARTICULARS. | X | | | |
| 19. EQUITABLE OR FUTURE INTERESTS, LIFE ESTATES, AND RIGHTS OR POWERS EXERCISABLE FOR THE BENEFIT OF THE DEBTOR OTHER THAN THOSE LISTED IN SCHEDULE OF REAL PROPERTY. | X | | | |

Schedule of Personal Property -
Sheet no. 2 of 4

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 20 CONTINGENT AND NON-CONTINGENT INTERESTS IN ESTATE OF A DECEDENT, DEATH BENEFIT PLAN, LIFE INSURANCE POLICY, OR TRUST. | X | | | |
| 21. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OF EVERY NATURE, INCLUDING TAX REFUNDS, COUNTERCLAIMS OF THE DEBTOR, AND RIGHTS TO SETOFF CLAIMS.  GIVE ESTIMATED VALUE OF EACH. | X | | | |
| 22. PATENTS, COPYRIGHTS, AND OTHER INTELLECTUAL PROPERTY.  GIVE PARTICULARS. | X | | | |
| 23. LICENSES, FRANCHISES, AND OTHER GENERAL INTANGIBLES.  GIVE PARTICULARS. | X | | | |
| 24. CUSTOMER LISTS OR OTHER COMPILATIONS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION PROVIDED TO THE DEBTOR BY INDIVIDUALS IN CONNECTION WITH OBTAINING A PRODUCT OR SERVICE FROM THE DEBTOR PRIMARILY FOR PERSONAL, FAMILY, OR HOUSEHOLD PURPOSES. | X | | | |
| 25. AUTOMOBILES, TRUCKS, TRAILERS, OTHER VEHICLES AND ACCESSORIES. | X | | | |
| 26. BOATS, MOTORS, AND ACCESSORIES. | X | | | |
| 27. AIRCRAFT AND ACCESSORIES. | X | | | |
| 28. OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES. | X | | | |
| 29. MACHINERY, FIXTURES, EQUIPMENT AND SUPPLIES USED IN BUSINESS. | X | | | |
| 30. INVENTORY. | X | | | |

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC     Case No.   11-11369
                       Debtor                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 31. ANIMALS. | X | | | |
| 32. CROPS - GROWING OR HARVESTED. GIVE PARTICULARS. | X | | | |
| 33. FARMING EQUIPMENT AND IMPLEMENTS. | X | | | |
| 34. FARM SUPPLIES, CHEMICALS, AND FEED. | X | | | |
| 35. OTHER PERSONAL PROPERTY OF ANY KIND NOT ALREADY LISTED.  ITEMIZE. | X | | | |
| | | | Total | $0.00 |
| | | (Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.) | | |

In re: <u>BERKLINE/BENCHCRAFT HOLDINGS, LLC</u>                 Case No. <u>11-11369</u>
                           Debtor                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCSF FURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 3RD LIEN TERM LOAN<br><br>VALUE: UNKNOWN | | | | $107,322,970.52 | UNKNOWN |
| ACCOUNT NO.<br><br>SCSF BBFURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 3RD LIEN TERM LOAN<br><br>VALUE: UNKNOWN | | | | $26,830,742.63 | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 1 of 5

Subtotal
(Total of this page)   $134,153,713.15   $0.00

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC      Case No.   11-11369
_____
                 Debtor                                                   (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SCSF BBFURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 2ND LIEN LIQUIDITY<br><br>VALUE: UNKNOWN | | | | $15,216,385.94 | UNKNOWN |
| ACCOUNT NO.<br><br>SCSF BBFURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 3RD LIEN REVOLVER<br><br>VALUE: UNKNOWN | | | | $13,720,495.47 | UNKNOWN |
| ACCOUNT NO.<br><br>SCSF FURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 2ND LIEN LIQUIDITY<br><br>VALUE: UNKNOWN | | | | $13,439,708.11 | UNKNOWN |
| ACCOUNT NO.<br><br>SCSF FURNITURE (US), LLC<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 | X | | 3RD LIEN REVOLVER<br><br>VALUE: UNKNOWN | | | | $12,118,479.05 | UNKNOWN |
| ACCOUNT NO.<br><br>SUN CAPITAL - WELLS FARGO<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 | X | | SUN CAPITAL PARTICIPATION LOAN<br><br>VALUE: UNKNOWN | | | | $11,118,010.47 | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 2 of 5

                            Subtotal         $65,613,079.04         $0.00
(Total of this page)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> SCSF FURNITURE (US), LLC <br> 5200 TOWN CENTER CIRCLE <br> SUITE 470 <br> BOCA RATON, FL 33486 | X | | SUBORDINATED DEBT <br><br> VALUE: UNKNOWN | | | | $8,044,889.97 | UNKNOWN |
| ACCOUNT NO. <br><br> BANK OF AMERICA/ MERRILL LYNCH <br> INDEPENDENCE CENTER <br> 101 N. TYRON STREET <br> CHARLOTTE, NC 28246 | X | | 3RD LIEN TERM LOAN <br><br> VALUE: UNKNOWN | | | | $4,608,308.53 | UNKNOWN |
| ACCOUNT NO. <br><br> WELLS FARGO <br> 1100 ABERNATHY ROAD <br> SUITE 1600 <br> ATLANTA, GA 30328 | X | | ASSET BASED LOAN <br><br> VALUE: UNKNOWN | | | | $4,239,624.37 | UNKNOWN |
| ACCOUNT NO. <br><br> GOLDMAN SACHS <br> MULTI-STRATEGY INVESTING <br> 85 BROAD STEET <br> NEW YORK, NY 10004 | X | | SUBORDINATED DEBT <br><br> VALUE: UNKNOWN | | | | $2,748,007.65 | UNKNOWN |
| ACCOUNT NO. <br><br> RESTORATION FUNDING CLO, LTD <br> C/O HIGHLAND CAPITAL <br> 13455 NOEL ROAD #1300 <br> DALLAS, TX 75240 | X | | 3RD LIEN TERM LOAN <br><br> VALUE: UNKNOWN | | | | $1,129,978.28 | UNKNOWN |

| | Subtotal (Total of this page) | $20,770,808.80 | $0.00 |
|---|---|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> GOLUB CAPITAL <br> 551 MADISON AVENUE <br> NEW YORK, NY 10022 | X | | SUBORDINATED DEBT <br><br><br> VALUE: UNKNOWN | | | | $999,275.51 | UNKNOWN |
| ACCOUNT NO. <br><br> BLACROCK LIMITED DURATION INCOME TRUST <br> C/O STATE STREET CORP <br> 2 AVENUE DE LAFAYETTE <br> BOSTON, MA 02111 | X | | SUBORDINATED DEBT <br><br><br> VALUE: UNKNOWN | | | | $749,456.63 | UNKNOWN |
| ACCOUNT NO. <br><br> BLACROCK GLOBAL FLOATING RATE INCOME TRUST <br> C/O STATE STREET CORP <br> 2 AVENUE DE LAFAYETTE <br> BOSTON, MA 02111 | X | | 3RD LIEN TERM LOAN <br><br><br> VALUE: UNKNOWN | | | | $137,779.28 | UNKNOWN |
| ACCOUNT NO. <br><br> BLACROCK LIMITED DURATION INCOME TRUST <br> C/O STATE STREET CORP <br> 2 AVENUE DE LAFAYETTE <br> BOSTON, MA 02111 | X | | 3RD LIEN TERM LOAN <br><br><br> VALUE: UNKNOWN | | | | $137,779.28 | UNKNOWN |
| ACCOUNT NO. <br><br> LANDMARK CDO LTD <br> C/O GLOBAL LOAN SERVICES <br> 60 WALL ST, 26TH FLOOR <br> NEW YORK, NY 10005 | X | | 3RD LIEN TERM LOAN <br><br><br> VALUE: UNKNOWN | | | | $9,300.78 | UNKNOWN |

| | Subtotal (Total of this page) | $2,033,591.48 | $0.00 |
|---|---|---|---|

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> LANDMARK III CDO LTD <br> C/O GLOBAL LOAN SERVICES <br> 60 WALL ST, 26TH FLOOR <br> NEW YORK, NY 10005 | X | | 3RD LIEN TERM LOAN <br><br> VALUE: UNKNOWN | | | | $6,921.51 | UNKNOWN |
| ACCOUNT NO. <br><br> LANDMARK II CDO LTD <br> C/O GLOBAL LOAN SERVICES <br> 60 WALL ST, 26TH FLOOR <br> NEW YORK, NY 10005 | X | | 3RD LIEN TERM LOAN <br><br> VALUE: UNKNOWN | | | | $5,407.43 | UNKNOWN |
| ACCOUNT NO. <br><br> LIGHT POINT CLO III <br> C/O SCOTT DEROSS <br> 401 S TYRON, 12TH FLOOR <br> CHARLOTTE, NC 28202 | X | | 3RD LIEN TERM LOAN <br><br> VALUE: UNKNOWN | | | | $1,201.86 | UNKNOWN |

Schedule of Creditors Holding Secured Claims -
Sheet no. 5 of 5

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | $13,530.80 | $0.00 |
| Total <br> (Use only on last page) | $222,584,723.27 | $0.00 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐     **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐     **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  <br><br>MASSACHUSETTS DEPARTMENT OF REVENUE<br>100 CAMBRIDGE STREET<br>7TH FLOOR<br>BOSTON, MA  02114-9564 | | | UNPAID UNEMPLOYEMENT TAXES | X | X | X | UNKNOWN | UNKNOWN | UNKNOWN |

| | | |
|---|---|---|
| Schedule of Creditors Holding Unsecured Priority Claims - Sheet no. 3 of 3                                        Subtotal (Totals of this page) | $0.00 | $0.00 | $0.00 |
| Total (Use only on last page of the completed Schedule E. Report also on  the Summary of Schedules.) | $0.00 | | |
| Totals (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $0.00 | $0.00 |

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC      Case No.    11-11369
_____
               Debtor                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>TERRY, TERRY & STAPLETON<br>P.O. BOX 724<br>MORRISTOWN, TN 37815-0724 | | | LITIGATION | X | X | X | $0.00 |

Schedule of Creditors Holding Unsecured Nonpriority Claims - Sheet no. 1 of 1

| | |
|---|---|
| Subtotal | $0.00 |
| Total<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable on the<br>Statistical Summary of Certain Liabilities and Related Data.) | $0.00 |

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC      Case No.    11-11369
_____
               Debtor                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

In re: BERKLINE/BENCHCRAFT HOLDINGS, LLC     Case No. 11-11369
_____
               Debtor                                   (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BANK OF AMERICA/ MERRILL LYNCH<br>RE: 3RD LIEN TERM LOAN<br>INDEPENDENCE CENTER<br>101 N. TYRON STREET<br>CHARLOTTE, NC 28246 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BANK OF AMERICA/ MERRILL LYNCH<br>RE: 3RD LIEN TERM LOAN<br>INDEPENDENCE CENTER<br>101 N. TYRON STREET<br>CHARLOTTE, NC 28246 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BANK OF AMERICA/ MERRILL LYNCH<br>RE: 3RD LIEN TERM LOAN<br>INDEPENDENCE CENTER<br>101 N. TYRON STREET<br>CHARLOTTE, NC 28246 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BANK OF AMERICA/ MERRILL LYNCH<br>RE: 3RD LIEN TERM LOAN<br>INDEPENDENCE CENTER<br>101 N. TYRON STREET<br>CHARLOTTE, NC 28246 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BANK OF AMERICA/ MERRILL LYNCH<br>RE: 3RD LIEN TERM LOAN<br>INDEPENDENCE CENTER<br>101 N. TYRON STREET<br>CHARLOTTE, NC 28246 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BLACROCK GLOBAL FLOATING RATE INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BLACROCK GLOBAL FLOATING RATE INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | BLACROCK GLOBAL FLOATING RATE INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |

In re:  BERKLINE/BENCHCRAFT HOLDINGS, LLC                Case No.   11-11369
_____                        _____
                    Debtor                                              (if known)

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK GLOBAL FLOATING RATE INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK GLOBAL FLOATING RATE INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: 3RD LIEN TERM LOAN<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: SUBORDINATED DEBT<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: SUBORDINATED DEBT<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: SUBORDINATED DEBT<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: SUBORDINATED DEBT<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | BLACROCK LIMITED DURATION INCOME TRUST<br>RE: SUBORDINATED DEBT<br>C/O STATE STREET CORP<br>2 AVENUE DE LAFAYETTE<br>BOSTON, MA 02111 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLDMAN SACHS<br>RE: SUBORDINATED DEBT<br>MULTI-STRATEGY INVESTING<br>85 BROAD STEET<br>NEW YORK, NY 10004 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLDMAN SACHS<br>RE: SUBORDINATED DEBT<br>MULTI-STRATEGY INVESTING<br>85 BROAD STEET<br>NEW YORK, NY 10004 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLDMAN SACHS<br>RE: SUBORDINATED DEBT<br>MULTI-STRATEGY INVESTING<br>85 BROAD STEET<br>NEW YORK, NY 10004 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLDMAN SACHS<br>RE: SUBORDINATED DEBT<br>MULTI-STRATEGY INVESTING<br>85 BROAD STEET<br>NEW YORK, NY 10004 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLDMAN SACHS<br>RE: SUBORDINATED DEBT<br>MULTI-STRATEGY INVESTING<br>85 BROAD STEET<br>NEW YORK, NY 10004 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLUB CAPITAL<br>RE: SUBORDINATED DEBT<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLUB CAPITAL<br>RE: SUBORDINATED DEBT<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLUB CAPITAL<br>RE: SUBORDINATED DEBT<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLUB CAPITAL<br>RE: SUBORDINATED DEBT<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | GOLUB CAPITAL<br>RE: SUBORDINATED DEBT<br>551 MADISON AVENUE<br>NEW YORK, NY 10022 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK II CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK II CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK II CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK II CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK II CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK III CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK III CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK III CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK III CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LANDMARK III CDO LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O GLOBAL LOAN SERVICES<br>60 WALL ST, 26TH FLOOR<br>NEW YORK, NY 10005 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LIGHT POINT CLO III<br>RE: 3RD LIEN TERM LOAN<br>C/O SCOTT DEROSS<br>401 S TYRON, 12TH FLOOR<br>CHARLOTTE, NC 28202 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LIGHT POINT CLO III<br>RE: 3RD LIEN TERM LOAN<br>C/O SCOTT DEROSS<br>401 S TYRON, 12TH FLOOR<br>CHARLOTTE, NC 28202 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LIGHT POINT CLO III<br>RE: 3RD LIEN TERM LOAN<br>C/O SCOTT DEROSS<br>401 S TYRON, 12TH FLOOR<br>CHARLOTTE, NC 28202 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LIGHT POINT CLO III<br>RE: 3RD LIEN TERM LOAN<br>C/O SCOTT DEROSS<br>401 S TYRON, 12TH FLOOR<br>CHARLOTTE, NC 28202 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | LIGHT POINT CLO III<br>RE: 3RD LIEN TERM LOAN<br>C/O SCOTT DEROSS<br>401 S TYRON, 12TH FLOOR<br>CHARLOTTE, NC 28202 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | RESTORATION FUNDING CLO, LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O HIGHLAND CAPITAL<br>13455 NOEL ROAD #1300<br>DALLAS, TX 75240 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | RESTORATION FUNDING CLO, LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O HIGHLAND CAPITAL<br>13455 NOEL ROAD #1300<br>DALLAS, TX 75240 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | RESTORATION FUNDING CLO, LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O HIGHLAND CAPITAL<br>13455 NOEL ROAD #1300<br>DALLAS, TX 75240 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | RESTORATION FUNDING CLO, LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O HIGHLAND CAPITAL<br>13455 NOEL ROAD #1300<br>DALLAS, TX 75240 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | RESTORATION FUNDING CLO, LTD<br>RE: 3RD LIEN TERM LOAN<br>C/O HIGHLAND CAPITAL<br>13455 NOEL ROAD #1300<br>DALLAS, TX 75240 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF BBFURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF BBFURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF BBFURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF BBFURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 2ND LIEN LIQUIDITY<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN REVOLVER<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: 3RD LIEN TERM LOAN<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: SUBORDINATED DEBT<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: SUBORDINATED DEBT<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: SUBORDINATED DEBT<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: SUBORDINATED DEBT<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SCSF FURNITURE (US), LLC<br>RE: SUBORDINATED DEBT<br>5200 TOWN CENTER CIRCLE<br>SUITE 470<br>BOCA RATON, FL 33486 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SUN CAPITAL - WELLS FARGO<br>RE: SUN CAPITAL PARTICIPATION LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SUN CAPITAL - WELLS FARGO<br>RE: SUN CAPITAL PARTICIPATION LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SUN CAPITAL - WELLS FARGO<br>RE: SUN CAPITAL PARTICIPATION LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SUN CAPITAL - WELLS FARGO<br>RE: SUN CAPITAL PARTICIPATION LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | SUN CAPITAL - WELLS FARGO<br>RE: SUN CAPITAL PARTICIPATION LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BENCHCRAFT INTERNATIONAL SOURCING, INC.<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | WELLS FARGO<br>RE: ASSET BASED LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | WELLS FARGO<br>RE: ASSET BASED LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BERKLINE, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN  37815 | WELLS FARGO<br>RE: ASSET BASED LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |

# SCHEDULE H - CODEBTORS

(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BERKLINE/BENCHCRAFT, LLC<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | WELLS FARGO<br>RE: ASSET BASED LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |
| BLUE MOUNTAIN TRUCKING CORPORATION<br>ONE BERKLINE DRIVE<br>MORRISTOWN, TN 37815 | WELLS FARGO<br>RE: ASSET BASED LOAN<br>1100 ABERNATHY ROAD<br>SUITE 1600<br>ATLANTA, GA 30328 |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Keith Cooper the Chief Restructuring Officer of Berkline/BenchCraft Holdings, LLC named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 27 sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 01, 2011

Signature   /s/ Keith Cooper

Keith Cooper
[Print or type name of individual signing on behalf of debtor.]

Chief Restructuring Officer
[Indicate position or relationship to debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
-------------------------------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.