**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Berkline/BenchCraft Holdings, LLC, et al.,[1] | Case No. 11-11369 (MFW) |
| Debtors. | Jointly Administered |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE HEARING ON JULY 26, 2011 AT 2:00 P.M. (ET)**

**WITH PERMISSION FROM THE COURT, THE HEARING HAS BEEN CANCELLED SINCE NO MATTERS ARE GOING FORWARD**

**MATTERS GOING FORWARD:**

1. Debtors' Application for Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, and Bankruptcy Rule 2014, Approving Retention of Receivables Control Corporation, *Nunc Pro Tunc*, for Receivables Collection Services [Docket No. 176, 7/5/11]

   Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET)

   Related Pleadings: None

   Objections/Responses Received:

   a) Informal Response of the United States Trustee

   b) Informal Response of the Official Committee of Unsecured Creditors

   Additional Pleadings:

   c) Certification of Counsel Regarding Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, and Bankruptcy Rule 2014, Approving Retention of Receivables Control Corporation, *Nunc Pro Tunc*, for Receivables Collection Services [Docket No. 197, 7/22/11]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Berkline/BenchCraft Holdings, LLC (0921), Berkline/BenchCraft, LLC (3917), Berkline, LLC (0898), BenchCraft, LLC (0912), Blue Mountain Trucking Corporation (5494), and BenchCraft International Sourcing, Inc. (3121). The mailing address for each of the Debtors is One Berkline Drive, Morristown, TN 37815.

[2] Amended items appear in bold.

d) **Order Pursuant to Sections 327 and 328 of the Bankruptcy Code, and Bankruptcy Rule 2014, Approving Retention of Receivables Control Corporation, *Nunc Pro Tunc*, for Receivables Collection Services [Docket No. 210, 7/25/11]**

**Status: The Order has been entered. No hearing is necessary.**

2. Debtors' Motion for: (A) Procedures Order (I) Establishing Auction and Sale Procedures for the Sale of Certain Intellectual Property (II) Approving Payment of a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Final Hearing Authorizing the Sale of Intellectual Property to the Highest and Best Bidder(s); and (IV) Granting Related Relief; and (B) Sale Order Approving (I) Sale of Intellectual Property and (II) Asset Purchase Agreement [Docket No. 177, 7/5/11]

Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET)

Related Pleadings:

a) Certification of Counsel Regarding Order (I) Establishing Auction and Sale Procedures for the Sale of Certain Intellectual Property (II) Approving Payment of a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Final Hearing Authorizing the Sale of Intellectual Property to the Highest and Best Bidder(s); and (IV) Granting Related Relief [Docket No. 199, 7/22/11]

b) **Order (I) Establishing Auction and Sale Procedures for the Sale of Certain Intellectual Property (II) Approving Payment of a Break-Up Fee and Expense Reimbursement; (III) Scheduling a Final Hearing Authorizing the Sale of Intellectual Property to the Highest and Best Bidder(s); and (IV) Granting Related Relief [Docket No. 209, 7/25/11]**

Objections/Responses Received: None

**Status: The Order has been entered. No hearing is necessary.**

3. Debtors' Motion for an Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 183, 7/8/11]

Objection/Response Deadline: July 19, 2011 at 4:00 p.m. (ET)

Related Pleadings: None

Objections/Responses Received:

a) Informal Response of the Official Committee of Unsecured Creditors


Additional Pleadings:

b) Certification of Counsel Regarding Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 198, 7/22/11]

**c) Order Authorizing the Debtors to Retain, Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business [Docket No. 211, 7/25/11]**

**Status: The Order has been entered. No hearing is necessary.**

Dated: Wilmington, Delaware
July 25, 2011

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Kenneth J. Enos*

Michael R. Nestor (No. 3526)
Kenneth J. Enos (No. 4544)
Morgan L. Seward (No. 5388)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

MORGAN LEWIS & BOCKIUS LLP
Neil E. Herman
101 Park Avenue
New York, New York 10178-0060
Telephone: (212) 309-6000
Facsimile: (212) 309-6001

*Counsel for Debtors and Debtors-in-Possession*